IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HASUE & ASSOCIATES, INC. | § | |
| v. | § | CIVIL ACTION NO. 6:11CV143 |
| DYNO NOBLE, INC. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Joint Motion to Dismiss (document #55) be granted and that all claims, including counterclaims, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2) and (c). The Report and Recommendation further recommends that the Court retain jurisdiction over all disputes relating to or concerning the Settlement Agreement and the relationship between the parties. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Joint Motion to Dismiss (document #55) is **GRANTED** and the above-entitled lawsuit, including any counterclaims, is hereby **DISMISSED** with prejudice. The Court

retains jurisdiction, however, as to the Settlement Agreement and the relationship between the parties as it relates to the Settlement Agreement. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 11th day of August, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**